JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-01684-ODW (JCx) | Date | July 11, 2023 |
|---|---|---|---|
| Title | *United African-Asian Abilities Club et al. v. 427 S. Mariposa Partners et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Settlement, the Court ordered Plaintiff to file a dismissal that complies with Federal Rule of Civil Procedure 41 by July 10, 2023. (ECF No. 13.) The Court noted that "[f]ailure to timely comply with this order shall result in the dismissal of this action." Having received no response from Plaintiff to the Court's Order, this case is hereby **DISMISSED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

                    :   00

Initials of Preparer    SE